# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXEY KASHRANOV**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, et al.**, <br><br> *Respondents.* | **Case No. 2:25-cv-05555-JDW** |

## ORDER

**AND NOW**, this 29th day of October, 2025, upon review of the Petitioner's Motion For Temporary Restraining Order And Preliminary Injunction (ECF No. 7), it is **ORDERED** as follows:

1. Respondents shall file their response to Petitioner's Motion on or before November 4, 2025; and

2. The Parties shall appear for a hearing on Petitioner's Motion on November 7, 2025, at 2:00 p.m. in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
