IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXEY KASHRANOV**, *Petitioner*, v. **J.L. JAMISON, et al.**, *Respondents.* | **Case No. 2:25-cv-05555-JDW** |

**ORDER**

**AND NOW**, this 14th day of November, 2025, upon consideration of Mr. Kashranov's Petition For Writ Of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Kashranov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Kashranov from custody immediately and to certify compliance with my Memorandum Opinion and Order by filing on the docket no later than 12:00 p.m. ET on November 15, 2025;

3. The Government is temporarily enjoined from re-detaining Mr. Kashranov for seven days following his release from custody;

4.     If the Government chooses to pursue re-detention of Mr. Kashranov after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5.     Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Kashranov from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Mr. Kashranov is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from me to move Mr. Kashranov if unforeseen or emergency circumstances arise that require him to be removed from the District.  Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Mr. Kashranov.

It is **FURTHER ORDERED** that Mr. Kashranov's Motion For Temporary Restraining Order and Preliminary Injunction is **DENIED AS MOOT**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.